In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-590 CV


____________________



IN RE TRIPTESH CHAUDHURY






Original Proceeding






MEMORANDUM OPINION


 Triptesh Chaudhury filed a petition for writ of mandamus to compel the trial court to
vacate an order for temporary support, to set temporary support at less than one-half the
current amount, and to order temporary support to cease after 120 days regardless of the
status of the parties' divorce action. 

 Mandamus relief is appropriate only if the court clearly abused its discretion and the
relator has no adequate remedy by appeal. In re Prudential Ins. Co. of Am., 148 S.W.3d 124,
135-36 (Tex. 2004). After reviewing the mandamus record and petition, we conclude that
the relator failed to establish his entitlement to mandamus relief. Accordingly, the petition
for writ of mandamus is denied. 

 PETITION DENIED.

 PER CURIAM

Opinion Delivered April 10, 2008


Before McKeithen, C.J., Kreger and Horton, JJ.